**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

R. CASPER ADAMSON,
    Petitioner,

vs.                           Case No. 3:08cv132/MCR/EMT

WALTER A. McNEIL,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 24, 2009 (Doc. 52).  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  Petitioner's Amended Motion to Stay Case Management (Doc. 19) is **DENIED**.

**DONE AND ORDERED** this 16th day of March, 2009.

                                    *s/ M. Casey Rodgers*
                                    **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**